UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Norstan Network Services, Inc. d/b/a NetWolves Network Services,<br><br>Plainitff,<br><br>v.<br><br>Swift Transportation Co. Inc.<br><br>Defendant. | Civil File No. Civil File No. 05-1968<br><br>**ORDER OF DISMISSAL** |

Christopher K. Sandberg, Esq., Lockridge Grindal Nauen, PLLP, counsel for Plaintiff.

Jeffrey M. Thompson, Meagher & Geer PLLP, counsel for Defendant.

The court having been advised by counsel that the above case has been settled, [Docket Document number 6].

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to seek enforcement of the settlement terms.

Dated: September 15, 2005.

s/ Michael J. Davis
MICHAEL J. DAVIS
Judge of United States District Court